UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 5:05CR50040-001 |
| ) | |
| ANDREW DAVID TUNSTILL ) | |

### ORDER OF DISMISSAL

Now on this same day came on for consideration the government's **Motion to Dismiss (Doc. 8)** pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be **GRANTED**.

NOW THEREFORE, it is ordered that the Amended Information as to Andrew David Tunstill filed in the above-entitled and numbered cause on November 8, 2005, is hereby **DISMISSED**.

Entered on this 8th day of February, 2006.

/s/Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE